IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION**<br>1875 Connecticut Avenue, N.W.<br>Suite 650<br>Washington, DC 20009,<br><br>    Plaintiff,<br><br>  v.<br><br>**DEPARTMENT OF JUSTICE**<br>950 Pennsylvania Avenue, N.W.<br>Washington DC 20530,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C. A. No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT FOR INJUNCTIVE RELIEF

1. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Plaintiff Electronic Frontier Foundation seeks injunctive and other appropriate relief for the processing and release of agency records requested by plaintiff from the Federal Bureau of Investigation, a component of defendant Department of Justice. Specifically, plaintiff seeks disclosure of records concerning the scope and privacy impact of the Federal Bureau of Investigation's Investigative Data Warehouse, a huge database that holds hundreds of millions of records containing personal information.

### Jurisdiction and Venue

2. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. §§ 552(a)(4)(B). This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331. Venue lies in this district under 5 U.S.C. § 552(a)(4)(B).

## Parties

3. Plaintiff Electronic Frontier Foundation ("EFF") is a not-for-profit corporation established under the laws of the State of California, with offices in San Francisco, California and Washington, DC.  EFF is a donor-supported membership organization that works to inform policymakers and the general public about civil liberties issues related to technology, and to act as a defender of those liberties.  In support of its mission, EFF uses the FOIA to obtain and disseminate information concerning the activities of federal agencies.

4. Defendant Department of Justice ("DOJ") is a Department of the Executive Branch of the United States Government.  DOJ is an "agency" within the meaning of 5 U.S.C. § 552(f). The Federal Bureau of Investigation ("FBI") is a component within defendant DOJ.

## The FBI's Investigative Data Warehouse

5. Following the terrorist attacks of September 11, 2001, the FBI began development of the Investigative Data Warehouse ("IDW") "to provide counterterrorism investigators and analysts with quick, easy access to the full breadth of information relating to terrorism."  Federal Bureau of Investigation, Report to the National Commission on Terrorist Attacks upon the United States: The FBI's Counterterrorism Program Since September 2001 (April 14, 2004), at 53.  The FBI's goal is to include in the IDW "all data that can legally be stored together."  *Id*. at 54.

6. The IDW provides FBI agents and analysts with "instant access to photographs, biographical information, physical location information, and financial data for thousands of known and suspected terrorists."  Remarks prepared for Delivery by John E. Lewis,

Deputy Assistant FBI Director, 4th Annual International Conference on Public Safety: Technology and Counterterrorism Counterterrorism Initiatives and Partnerships, San Francisco, California (March 14, 2005). According to Mr. Lewis, as of March 2005, "[t]he database comprise[d] more than 100 million pages of terrorism-related documents, and billions of structured records such as addresses and phone numbers." *Id.*

    7. The amount of information contained in the IDW appears to be growing at a tremendous rate. In May 2006, little more than a year after Mr. Lewis quantified the contents of the IDW, FBI Director Robert S. Mueller, III testified to Congress that the "IDW now contains over 560 million FBI and other agency documents." Statement of Robert S. Mueller, III, Director, Federal Bureau of Investigation, Before the Senate Committee on the Judiciary (May 2, 2006). According to Mr. Mueller, "Nearly 12,000 users can access [the IDW] via the FBI's classified network from any FBI terminal throughout the globe. And, nearly 30 percent of the user accounts are provided to task force members from other local, state, and federal agencies." *Id.*

    8. To date, the FBI has not published, with respect to the IDW, a "notice of the existence and character of the system of records," under the provisions of the Privacy Act of 1974, 5 U.S.C. § 552a(e)(4).

    9. To date, the FBI has not filed, with respect to the IDW, a Standard Form (SF) 115, "Request for Records Disposition Authority," nor made any other submission to the Archivist of the United States under the provisions of 44 U.S.C. § 3303.

    10. To date, the FBI has not made publicly available, with respect to the IDW, a "privacy impact statement," under the provisions of the E-Government Act of 2002, P.L. 107-347.

**Plaintiff's FOIA Requests**

11.  By letter sent by facsimile to the FBI on August 25, 2006, plaintiff requested under the FOIA agency records concerning the IDW.  Specifically, plaintiff requested:

> 1) records listing, describing or discussing the categories of individuals covered by the IDW;
>
> 2) records listing, describing or discussing the categories of records in the IDW;
>
> 3) records listing, describing or discussing criteria for inclusion of information in the IDW;
>
> 4) records describing or discussing any FBI determination that the IDW is, or is not, subject to the requirements of the Privacy Act of 1974; and
>
> 5) records describing or discussing any FBI determination that the IDW is, or is not, subject to federal records retention requirements, including the filing of Standard Form (SF) 115, "Request for Records Disposition Authority."

12.  On information and belief, the FBI received plaintiff's letter described in ¶ 11 on August 25, 2006.

13. By letter sent by facsimile to the FBI on September 1, 2006, plaintiff requested under the FOIA additional agency records concerning the IDW.  Specifically, plaintiff requested:

> 1) records describing data expungement, restriction or correction procedures for the IDW;
>
> 2) privacy impact statements created for the IDW; and
>
> 3) results of audits conducted to ensure proper operation of the IDW.

In support of its FOIA request, plaintiff noted that the *Washington Post* had published an article concerning the IDW on August 30, 2006, and that the article reported as follows:

> Irrelevant information [in the IDW] can be purged or restricted, and incorrect information is corrected, [Gurvais Grigg, acting director of the FBI's Foreign Terrorist Tracking Task Force] said. Willie T. Hulon, executive assistant director of the FBI's National Security Branch, said that generally information is not removed from the system unless there is "cause for removal."
>
> Every data source is reviewed by security, legal and technology staff members, and a privacy impact statement is created, Grigg said. The FBI conducts in-house auditing so that each query can be tracked, he said.

14. On information and belief, the FBI received plaintiff's letter described in ¶ 13 on September 1, 2006.

15. To date, the FBI has not disclosed agency records responsive to plaintiff's FOIA requests.

16. The FBI has violated the applicable statutory time limit for the processing of FOIA requests.

17. Plaintiff has exhausted the applicable administrative remedies.

18. The FBI has wrongfully withheld the requested records from plaintiff.

## CAUSE OF ACTION

### Violation of the Freedom of Information Act for Wrongful Withholding of Agency Records

19. Plaintiff repeats and realleges paragraphs 1-18.

20. The FBI has wrongfully withheld agency records requested by plaintiff by failing to comply with the statutory time limit for the processing of FOIA requests.

21. Plaintiff has exhausted the applicable administrative remedies with respect to the FBI's wrongful withholding of the requested records.

22. Plaintiff is entitled to injunctive relief with respect to the release and disclosure of the requested records.

**Requested Relief**

WHEREFORE, plaintiff prays that this Court:

A. order defendant DOJ (and its component FBI) to process immediately the requested records in their entirety;

B. order defendant DOJ (and its component FBI), upon completion of such processing, to disclose the requested records in their entirety and make copies available to plaintiff;

C. provide for expeditious proceedings in this action;

D. award plaintiff its costs and reasonable attorneys fees incurred in this action; and

E. grant such other relief as the Court may deem just and proper.

Respectfully submitted,

_____
DAVID L. SOBEL
D.C. Bar No. 360418

MARCIA HOFMANN
D.C. Bar. No. 484136

Electronic Frontier Foundation
1875 Connecticut Avenue, N.W.
Suite 650
Washington, DC 20009
(202) 797-9009

Counsel for Plaintiff

# CIVIL COVER SHEET

JS-44
(Rev. 2/01 DC)

## I (a) PLAINTIFFS
Electronic Frontier Foundation

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **DC**
**(EXCEPT IN U.S. PLAINTIFF CASES)**

## DEFENDANTS
Department of Justice

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
David L. Sobel, Electronic Frontier Foundation
1875 Connecticut Ave. NW, Suite 650
Washington, DC 20009   (202) 797-9009

ATTORNEYS (IF KNOWN)

## II BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1  U.S. Government Plaintiff
☐ 3  Federal Question (U.S. Government Not a Party)
☒ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and <u>one</u> in a corresponding Nature of Suit)

### ☐ A. *Antitrust*
☐ 410 Antitrust

### ☐ B. *Personal Injury/Malpractice*
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. *Administrative Agency Review*
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. *Temporary Restraining Order/Preliminary Injunction*
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. *General Civil (Other)*  OR  ☐ F. *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ☐ **G.** *Habeas Corpus/2255*<br><br>☐ **530** Habeas Corpus-General<br>☐ **510** Motion/Vacate Sentence | ☐ **H.** *Employment Discrimination*<br><br>☐ **442** Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ **I.** *FOIA/PRIVACY ACT*<br><br>☒ **895** Freedom of Information Act<br>☐ **890** Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ **J.** *Student Loan*<br><br>☐ **152** Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ **K.** *Labor/ERISA (non-employment)*<br><br>☐ **710** Fair Labor Standards Act<br>☐ **720** Labor/Mgmt. Relations<br>☐ **730** Labor/Mgmt. Reporting & Disclosure Act<br>☐ **740** Labor Railway Act<br>☐ **790** Other Labor Litigation<br>☐ **791** Empl. Ret. Inc. Security Act | ☐ **L.** *Other Civil Rights (non-employment)*<br><br>☐ **441** Voting (if not Voting Rights Act)<br>☐ **443** Housing/Accommodations<br>☐ **444** Welfare<br>☐ **440** Other Civil Rights | ☐ **M.** *Contract*<br><br>☐ **110** Insurance<br>☐ **120** Marine<br>☐ **130** Miller Act<br>☐ **140** Negotiable Instrument<br>☐ **150** Recovery of Overpayment & Enforcement of Judgment<br>☐ **153** Recovery of Overpayment of Veteran's Benefits<br>☐ **160** Stockholder's Suits<br>☐ **190** Other Contracts<br>☐ **195** Contract Product Liability | ☐ **N.** *Three-Judge Court*<br><br>☐ **441** Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ **1** Original Proceeding ☐ **2** Removed from State Court ☐ **3** Remanded from Appellate Court ☐ **4** Reinstated or Reopened ☐ **5** Transferred from another district (specify) ☐ **6** Multi district Litigation ☐ **7** Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
FOIA, 5 U.S.C. § 552

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A **CLASS**<br>☐ **ACTION** UNDER F.R.C.P. 23 | **DEMAND** $ | Check YES only if demanded in complaint<br>**JURY DEMAND:** ☐ YES ☒ NO |
|---|---|---|---|
| **VIII. RELATED CASE(S)**<br>**IF ANY** | (See instruction) | ☐ YES ☒ NO | If yes, please complete related case form. |

**DATE**              **SIGNATURE OF ATTORNEY OF RECORD**

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

   **I.**       COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

   **III.**    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section **II**.

   **IV.**    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

   **VI.**    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

   **VIII.**  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.