IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-CV-1773 (RBW) |
| | ) | |
| DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT ANSWER**

Pursuant to Rule 15(d) of the Federal Rules of Civil Procedure, Defendant hereby moves the Court for leave to file the attached supplemental answer, which sets forth events related to this action that have occurred since the defendant's answer on November 24, 2006.

Defendant has conferred with plaintiff, and plaintiff has indicated it does not oppose this motion. A proposed order is attached.

Dated: December 1, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

ELIZABETH J. SHAPIRO
Assistant Branch Director

__/s/_JAMES C. LUH____
JAMES C. LUH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel: (202) 514-4938
Fax: (202) 616-8460

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) <br> ) | No. 06-CV-1773 (RBW) |

**DEFENDANT'S SUPPLEMENTAL ANSWER**

Defendant hereby supplements its answer filed November 24, 2006, as follows:

On November 29, 2006, Plaintiff provided Defendant with a copy of the request referenced in paragraph 11 of Plaintiff's complaint and a fax confirmation sheet dated August 25, 2006. Defendant is making its best efforts to process the request as if it had been received on August 25, 2006.

Dated: December 1, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

ELIZABETH J. SHAPIRO
Assistant Branch Director

__/s/_JAMES C. LUH____
JAMES C. LUH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel: (202) 514-4938
Fax: (202) 616-8460

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br> ) | No. 06-CV-1773 (RBW) |

## ORDER GRANTING DEFENDANT'S UNOPPOSED
## MOTION FOR LEAVE TO SUPPLEMENT ANSWER

It is hereby ordered that Defendant's Unopposed Motion for Leave to Supplement Answer is GRANTED.

IT IS SO ORDERED.

Dated: _____

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE