IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) <br> ) | No. 06-CV-1773 (RBW) |

**DEFENDANT'S SUPPLEMENTAL ANSWER**

Defendant hereby supplements its answer filed November 24, 2006, as follows:

On November 29, 2006, Plaintiff provided Defendant with a copy of the request referenced in paragraph 11 of Plaintiff's complaint and a fax confirmation sheet dated August 25, 2006. Defendant is making its best efforts to process the request as if it had been received on August 25, 2006.

Dated: December 1, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

ELIZABETH J. SHAPIRO
Assistant Branch Director

__/s/_JAMES C. LUH____
JAMES C. LUH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel: (202) 514-4938
Fax: (202) 616-8460