**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>       Plaintiff,<br>vs.<br><br>DEPARTMENT OF JUSTICE,<br><br>       Defendant. | Civil Action No. 06-CV-1773 (RBW) |

**JOINT STATUS REPORT AND PROPOSED SCHEDULE**

This is an action for injunctive and other relief under the Freedom of Information Act (FOIA). Plaintiff Electronic Frontier Foundation served its complaint on defendant Department of Justice on October 11, 2006. Defendant Department of Justice served its answer to the complaint on November 24, 2006, and, with leave from the Court, filed a supplement to its answer on December 1, 2006.

Because of the large number of potentially responsive documents and the anticipated delay in processing the plaintiff's FOIA request, the defendant intends to file a motion for an Open America stay. The parties have agreed to the following schedule for briefing of defendant's motion for an Open America stay:

Defendant shall file its opening brief by April 2, 2007.

Plaintiff shall file its brief in opposition by April 23, 2007.

Defendant shall file its reply brief by May 14, 2007.

Dated: February 23, 2007

/s/ _____
DAVID L. SOBEL
Senior Counsel
Electronic Frontier Foundation
1875 Connecticut Ave NW Ste 650
Washington DC 20009
Tel: (202) 246-6180
Fax: (202) 237-7727
E-mail: Sobel@att.net
Attorney for Plaintiff

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

ELIZABETH J. SHAPIRO
Assistant Branch Director

/s/ _____
JAMES C. LUH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave NW
Washington DC 20530
Tel: (202) 514-4938
Fax: (202) 616-8460
E-mail: James.Luh@usdoj.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>      Plaintiff,<br>vs.<br><br>DEPARTMENT OF JUSTICE,<br><br>      Defendant. | Civil Action No. 06-CV-1773 (RBW) |

## ORDER

The Court hereby adopts the schedule proposed in the plaintiff and the defendant's Joint Status Report and Proposed Schedule for briefing on the defendant's anticipated motion for an <u>Open America</u> stay. It is hereby ordered that:

Defendant shall file its opening brief by April 2, 2007.

Plaintiff shall file its brief in opposition by April 23, 2007.

Defendant shall file its reply brief by May 14, 2007.

Dated:

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE