**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) ) ) ) Plaintiff, ) vs. ) DEPARTMENT OF JUSTICE, ) ) Defendant. ) ) | Civil Action No. 06-cv-1773 (RBW) |

## ORDER

UPON CONSIDERATION of defendant's Motion for <u>Open America</u> Stay, it is hereby ordered as follows:

The motion is GRANTED, and proceedings in this case are stayed until February 28, 2013.

It is FURTHER ORDERED that within 120 days of this order, and each subsequent 120 days until this order is modified or lifted, defendant shall file a status report regarding the status of the processing of the plaintiff's Freedom of Information Act (FOIA) requests.

Dated:

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE