# Exhibit A

*Electronic Frontier Foundation v. Department of Justice*, Civ. No. 06-1773-RBW

**Motion for Preliminary Injunction**



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

August 3, 2007

David L. Sobel, Esq.
Senior Counsel
Electronic Frontier Foundation
Suite 650
1875 Connecticut Avenue, NW
Washington, DC   20009

<u>Re: FOIPA Request No. 1058805</u>

Dear Mr. Sobel:

        This letter is in response to your request to the
U.S. Department of Justice ("DOJ"), Office of Public Affairs
("OPA"), for expedition of your Freedom of Information Act
("FOIA") request to FBI Headquarters ("FBIHQ") for specific
records concerning the FBI's Investigative Data Warehouse
("IDW").  In your initial FOIA request letter dated August 25,
2006, and your supplemental FOIA request letter dated
September 1, 2006, the Electronic Frontier Foundation ("EFF")
sought access to specific records concerning the categories of
individuals and records included in the IDW; the criteria for
inclusion of information in the IDW; records concerning any FBI
determinations that the IDW is, or is not, subject to the
requirements of the Privacy Act of 1974 and federal records
retention requirements; records concerning data expungement,
restriction or correction procedures for the IDW; all privacy
impact statements created for the IDW; and all results of audits
conducted to ensure proper operation of the IDW.

        The EFF requested that OPA grant expedited treatment
for the processing of this FOIA request concerning the IDW
pursuant to 28 C.F.R. § 16.5(d)(1)(iv) inasmuch as the IDW is
"[a] matter of widespread and exceptional media interest in which
there exists possible questions about the government's integrity
which affects public confidence."  We have been advised that the
Director of OPA has concluded that the subject matter of your
FOIA request meets this criteria and therefore your request for
expedited processing should be granted.

Please be advised that we have located and are currently processing FBIHQ records which are responsive to your FOIA request for release to you.  In addition, we are continuing our review of the large number of FBIHQ records identified as potentially responsive to your request.  As we process those records determined to be responsive, we will release them to you as soon as practicable.

Sincerely,

David M. Hardy
Section Chief
Record/Information Dissemination
   Section
Records Management Division

2