IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-1773-RBW |
| ) | |
| **DEPARTMENT OF JUSTICE,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF CHANGE OF ADDRESS**

Pursuant to Local Civil Rule 83.15(c), Marcia Hofmann, co-counsel for Plaintiff Electronic Frontier Foundation, hereby gives notice to the Court and Defendant Department of Justice that her office address and telephone number have changed. Her new contact information is as follows:

Marcia Hofmann
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333

The address and telephone number of co-counsel for Plaintiff, David L. Sobel, remain unchanged.

Dated: September 18, 2007               Respectfully submitted,

DAVID L. SOBEL
D.C. Bar No. 360418
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Avenue NW
Suite 650
Washington, DC 20009
(202) 797-9009

/s/ *Marcia Hofmann*
MARCIA HOFMANN
D.C. Bar No. 484136
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA  94110
(415) 436-9333

Counsel for Plaintiff

2