UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER, FOUNDATION, :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>DEPARTMENT OF JUSTICE :<br>:<br>Defendant. :<br>_____: | Civil Action No. 06-1773 |

**ORDER**

In accordance with the Court's rulings in its Memorandum Opinion to be issued hereafter, it s hereby this 28th day of March, 2008

**ORDERED** that the defendant's motion for a stay of the proceedings pursuant to 5 U.S.C. § 552(a)(6)(C), and Open America v. Watergate Special Prosecution Force, 547 F.2d 605 (D.C. Cir. 1976) is **GRANTED**.  It is further

**ORDERED** that all further proceedings in this case shall be stayed for fifty-eight (58) months or until February, 2013.  It is further

**ORDERED** that the defendant shall process the plaintiff's Freedom of Information Act ("FOIA") request as expeditiously as reasonably possible.  It is further

**ORDERED** that as documents are reviewed and deemed responsive, every thirty (30) days the defendant shall either make interim releases of said documents to the plaintiff or advise the plaintiff that responsive documents are not being released because they are exempt from disclosure under the FOIA.  It is further

**ORDERED** that the defendant shall file periodic status reports at one hundred and twenty

(120) day intervals to advise the Court of its progress in responding to the plaintiff's FOIA request.  It is further

**ORDERED** that the progress reports shall be served on the plaintiff, who may petition the Court for interim relief if it believes that the defendant is not in good faith expeditiously processing its FOIA request.  It is further

**ORDERED** that this case shall be administratively closed subject to the case being re-opened by request of either party prior to the date for final compliance with this Order.  It is further

**ORDERED** that this order shall not be deemed a final order until the Court has issued its Memorandum Opinion.

**SO ORDERED**.

/s/_____
REGGIE B. WALTON
United States District Judge