UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELECTRONIC FRONTIER, FOUNDATION, | : : : | |
| | : | Civil Action No. 06-1773 |
| Plaintiff, | : : | |
| v. | : : | |
| DEPARTMENT OF JUSTICE | : : | |
| Defendant. | : : | |
| _____ | : | |

**AMENDED ORDER**

In accordance with the Court's rulings in its Memorandum Opinion being issued simultaneously with this Amended Order, the Order issued on March 28, 2008, is hereby amended as to the duration of the stay granted by the Court. Accordingly, it is hereby this 30th day of June, 2008

**ORDERED** that the defendant's motion for a stay of these proceedings pursuant to 5 U.S.C. § 552(a)(6)(C)(2006), and Open America v. Watergate Special Prosecution Force, 547 F.2d 605 (D.C. Cir. 1976) is **GRANTED**. It is further

**ORDERED** that all further proceedings in this case shall be stayed until August 1, 2008, or until such time as the defendant has fully responded to the plaintiff's Freedom of Information Act ("FOIA") requests. It is further

**ORDERED** that if the defendant has fully responded to the plaintiff's FOIA requests prior to August 1, 2008, the parties shall immediately so advise the Court. It is further

**ORDERED** that this case is administratively closed until August 1, 2008, or until such time as the Court is advised that the defendant has fully responded to the plaintiff's FOIA requests.

**SO ORDERED**.

/s/_____
REGGIE B. WALTON
United States District Judge