UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br>vs.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 06-cv-1773 (RBW) |

## JOINT STATUS REPORT

This action relates to two Freedom of Information Act (FOIA) requests submitted by the plaintiff, Electronic Frontier Foundation (EFF), seeking disclosure of records pertaining to the Federal Bureau of Investigation (FBI)'s Investigative Data Warehouse (IDW), a law enforcement database "that holds hundreds of millions of records containing personal information." See Compl. for Injunctive Relief ¶¶ 11–18 (dkt. no. 1); Answer ¶¶ 11–18 (dkt. no. 3); Defs.' Supplemental Answer (dkt. no. 5). The Court entered an order on June 30, 2008, requiring the parties to immediately advise the Court once Defendant has fully responded to the plaintiff's Freedom of Information Act requests. See Amended Order, June 30, 2008 (dkt. no. 21) at 1. The parties hereby submit this status report in accordance with the Court's order.[1]

On June 9, 2008, Defendant made its sixth release of documents, accounting for a total of 17 pages of documents reviewed and 17 pages of documents released to EFF. Defendant

---

[1] The Court also entered orders on September 27, 2007, and March 28, 2008, requiring the defendant, the Department of Justice, to submit reports at 120-day intervals to advise the Court and the plaintiff of the defendant's progress in responding to the plaintiff's FOIA requests. See Order Denying Mot. for Prelim. Inj. (Sept. 27, 2007) (dkt. no. 16) at 11; Order (Mar. 28, 2008) (dkt. no. 18) at 1–2. Defendant Department of Justice intends this joint status report to fulfill its remaining obligations with respect to these reporting requirements.

informed plaintiff that the processing of plaintiff's FOIA requests was complete and that this was the final release of documents in connection with plaintiff's FOIA requests.

The parties have not yet conferred about the nature and course of future proceedings in this litigation. The parties are filing this status report at this time in light of the Court's order that the parties "immediately" advise the Court once the defendant has completed the processing of the plaintiff's FOIA requests. The parties will advise the Court once they have had a more comprehensive discussion about the nature and course of future proceedings.

Dated: July 8, 2008

DAVID L. SOBEL
Senior Counsel
Electronic Frontier Foundation
1875 Connecticut Ave NW Ste 650
Washington DC 20009
Tel: (202) 246-6180
Fax: (202) 237-7727
E-mail: Sobel@att.net
Attorney for Plaintiff

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director

JAMES C. LUH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave NW
Washington DC 20530
Tel: (202) 514-4938
Fax: (202) 616-8460
E-mail: James.Luh@usdoj.gov
Attorneys for Defendant

2