UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>       Plaintiff,<br>vs.<br><br>DEPARTMENT OF JUSTICE,<br><br>       Defendant. | Civil Action No. 06-CV-1773 (RBW) |

**JOINT MOTION FOR ENTRY OF BRIEFING SCHEDULE**

Plaintiff Electronic Frontier Foundation (EFF) and defendant Department of Justice jointly move the Court to enter a briefing schedule as proposed below for cross motions for summary judgment in this action.

This action relates to two Freedom of Information Act (FOIA) requests submitted by the plaintiff, EFF, seeking disclosure of records pertaining to the Federal Bureau of Investigation (FBI)'s Investigative Data Warehouse (IDW), a law enforcement database "that holds hundreds of millions of records containing personal information." See Compl. for Injunctive Relief ¶¶ 11–18 (dkt. no. 1); Answer ¶¶ 11–18 (dkt. no. 3); Defs.' Supplemental Answer (dkt. no. 5).

On July 8, 2008, the parties filed a Joint Status Report (dkt. no. 22) advising the Court that on June 9, 2008, defendant made its sixth release of documents and informed plaintiff that this was the final release of documents in connection with plaintiff's FOIA requests.

The parties intend to file cross motions for summary judgment. The parties have agreed on, and propose that the Court adopt, the following schedule:

Defendant shall serve its motion for summary judgment, including its *Vaughn* submission, by December 19, 2008.

Plaintiff shall serve its combined cross-motion for summary judgment and opposition to defendant's motion by January 21, 2009.

Defendant shall serve its combined reply in support of its motion for summary judgment and opposition to plaintiff's motion for summary judgment by February 20, 2009.

Plaintiff shall serve its reply in support of its motion for summary judgment by March 23, 2009.

Each party shall be permitted a total of 70 pages for its two briefs.

A proposed order is attached.

Dated: September 3, 2008

DAVID L. SOBEL
Senior Counsel
Electronic Frontier Foundation
1875 Connecticut Ave NW Ste 650
Washington DC 20009
Tel: (202) 246-6180
Fax: (202) 237-7727
E-mail: Sobel@att.net
Attorney for Plaintiff

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

ELIZABETH J. SHAPIRO
Assistant Branch Director

JAMES C. LUH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave NW
Washington DC 20530
Tel: (202) 514-4938
Fax: (202) 616-8460
E-mail: James.Luh@usdoj.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,  )<br>)<br>Plaintiff,  )<br>vs.  )<br>)<br>DEPARTMENT OF JUSTICE,  )<br>)<br>Defendant.  ) | Civil Action No. 06-CV-1773 (RBW) |

**ORDER**

The parties' Joint Motion for Entry of Briefing Schedule is hereby GRANTED. It is hereby ordered that:

Defendant shall serve its motion for summary judgment by December 19, 2008.

Plaintiff shall serve its combined cross-motion for summary judgment and opposition to defendant's motion by January 21, 2009.

Defendant shall serve its combined reply in support of its motion for summary judgment and opposition to plaintiff's motion for summary judgment by February 20, 2009.

Plaintiff shall serve its reply in support of its motion for summary judgment by March 23, 2009.

Each party shall be permitted a total of 70 pages for its two briefs.

Dated:

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE